UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                           Case No. 19-CR-_____

ROBERT J. KAPISHKOWIT,     [18 U.S.C. §§ 2243(a) and 1153(a)]

    Defendant.             **Green Bay Division**

19-CR-189

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

On or about June 11, 2018, in the State and Eastern District of Wisconsin, and within the exterior boundaries of the Menominee Indian Reservation,

**ROBERT J. KAPISHKOWIT,**

being a Native American Indian, did knowingly engage in a sexual act, to wit, contact between the penis and the vulva, with another person, Minor Female A, who had attained the age of 12 years but had not attained the age of 16 years, and was at least four years younger than the defendant.

In violation of Title 18, United States Code, Sections 2243(a) and 1153(a).

A TRUE BILL:

FOREPERSON
Dated: 11-5-19

MATTHEW D. KRUEGER
United States Attorney